USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED
*June 05, 2024*

No. 4:24-CR-225

USAO Number: 2024R03145
Magistrate Number: 4:24-mj-142; 4:24-mj-180

Superseding Indictment

Filed: Nathan Ochsner, Clerk of Court

Judge: Ewing Werlein, Jr

**UNITED STATES of AMERICA**

vs.

**ATTORNEYS:**

Alamdar S. Hamdani, USA — (713) 567-9000

John Ganz, AUSA — (713) 567-9000

| Defendant | Attorney | Appt'd | Private |
|---|---|---|---|
| LUIS DURAN MONTILLA (1-2) | Tatiana Patricia Obando | ☐ | ☐ |
| GERSON ADONY CHICAS ALFARO (1-2) | Joshua Bradley Lake | ☐ | ☐ |
| KEVEN ARMANDO MARCANO (1-2) | Ali R Fazel | ☐ | ☐ |
| ELLOY FIGUEROA PEDRAZA (1-2) | Alejandro Macias | ☐ | ☐ |
| CITLALI MARTINEZ-MORALES (1-2) | Jason Cameron Winton | ☐ | ☐ |
| FRAYNERSON PUJOLS REYNOSO (1-2) | Michael DeGuerin Jr. | ☐ | ☐ |

Ct. 1: Aiding and Abetting Kidnapping [18 USC §§ 1201(a) and 2].

Ct. 2: Aiding and Abetting Hostage Taking [18 USC §§ 1203 and 2].

CHARGE:
(TOTAL)
(COUNTS:)
( 2 )

**PENALTY:**

    Cts. 1-2:  Up to life in prison; up to $250,00 fine; up to 5 years' supervised release; and a $100 special assessment.

☐ In Jail

**NAME & ADDRESS of Surety:**

☐ On Bond

☐ No Arrest

**PROCEEDINGS:**